UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD MCDOUGALL, Trustee, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09 CV 0784 |
| vs. | ) ) | Judge Virginia Kendall |
| ABLE TRUCKING, INC., an Ohio corporation, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, the Central States, Southeast and Southwest Areas Health and Welfare Fund and Howard McDougall, one of its trustees (collectively, "Welfare Fund"), hereby move this Court for entry of a Consent Judgment. In support of this Motion, the Welfare Fund states as follows:

1. The Welfare Fund filed this action on February 9, 2009, under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq., to collect delinquent health and welfare contributions from the Defendant for the period of July through November 2008.

2. On February 25, 2009, the Defendant was served with a copy of the summons and complaint by service upon its registered agent, Frank Abramczyk. A true and correct copy of the return of service is attached hereto as Exhibit A.

3. An initial status hearing is set in this case for April 21, 2009.

4.     On March 5, 2009, the undersigned was contacted by Stewart Mandel, counsel for Defendant.  Mr. Mandel advised that the Defendant would not be defending against the Plaintiffs' complaint.

5.     On March 12, 2009, Mr. Mandel advised the undersigned that Able has agreed to the enter into a Consent Judgment in the form which is attached hereto as Exhibit B.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter the Consent Judgment in the form attached hereto as Exhibit B.

Respectfully submitted,

s/ Cathy L. Rath
Cathy L. Rath (ARDC # 06275744)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Health and Welfare Fund
9377 W. Higgins Road
Rosemont, IL 60018
(847) 518-9800, Ext. 2343

March 20, 2009

## CERTIFICATE OF SERVICE

I, Cathy L. Rath, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that I caused the foregoing Notice of Motion and Motion for Entry of Consent Judgment to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system and to:

>Able Trucking, Inc.
>c/o Frank Abramczyk, registered agent
>7632 Hub Parkway
>Valley View, OH 44125

Said Notice and Motion were deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 20th day of March, 2009.

>s/ Cathy L. Rath
>Cathy L. Rath
>One of Central States' Attorneys